**PEERLESS INS. CO. v. GENELECT SERVS., INC.**

[362 N.C. 282 (2008)]

PEERLESS INSURANCE COMPANY, a/s/o ANTHONY AND DEBRA ADAMS v.
GENELECT SERVICES, INC.

No. 575A07

(Filed 11 April 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 187 N.C. App. 124, 651 S.E.2d 896 (2007), affirming an order granting summary judgment for defendant entered on 10 August 2006 by Judge Ronald K. Payne in Superior Court, Buncombe County. Heard in the Supreme Court 19 March 2008.

*Cozen O'Connor, by Albert S. Nalibotsky and Peter F. Asmer, Jr., for plaintiff-appellant.*

*Van Winkle Law Firm, by Michelle Rippon, for defendant-appellee.*

PER CURIAM.

AFFIRMED.